■ In the Matter of GENERAL CAMERA CORPORATION, Petitioner, v NEW YORK STATE URBAN DEVELOPMENT CORPORATION et al., Respondents.—Application unanimously denied and petition dismissed, without costs and without disbursements. (See Eminent Domain Procedure Law, § 207.) No opinion. Concur—Kupferman, J. P., Sandler, Sullivan, Silverman and Carro, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v SALVATORE BANDO, Appellant.—Judgment, Supreme Court, New York County, rendered on March 20, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sullivan, Markewich, Lupiano and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CLARENCE FETZER, Appellant.—Judgment, Supreme Court, New York County, rendered on February 15, 1979, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Fein, J. P., Sullivan, Markewich, Lupiano and Bloom, JJ.

■ ARNOLD J. OBERLANDER, Appellant-Respondent, v MERONA CORPORATION et al., Respondents-Appellants, et al., Defendants.—Order, Supreme Court, New York County, entered July 17, 1979, so far as appealed from by plaintiff-appellant-respondent, unanimously affirmed. Defendants-respondents-appellants shall recover of plaintiff-appellant-respondent $50 costs and disbursements of said appeal. The cross appeal taken by defendants-respondents-appellants is dismissed as moot, without costs and without disbursements. No opinion. Concur—Sullivan, J. P., Ross, Lupiano, Silverman and Bloom, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CARLOS BONILLA, Appellant.—Two judgments, Supreme Court, Bronx County, rendered on June 29, 1978, unanimously affirmed. Application by appellant's counsel to withdraw as counsel is granted. (See *Anders v California,* 386 US 738; *People v Saunders,* 52 AD2d 833.) We have reviewed this record and agree with appellant's assigned counsel that there are no meritorious points which could be raised on this appeal. Concur—Sullivan, J. P., Ross, Lupiano, Silverman and Bloom, JJ.

■ VERA SMITH, Petitioner, v STATE DIVISION OF HUMAN RIGHTS et al., Respondents.—Determination of the State Human Rights Appeal Board, dated October 1, 1979, unanimously confirmed, on the merits, without costs and without disbursements. (See *Matter of Callaghan v State Div. of Human Rights,* 72 AD2d 679.) No opinion. Concur—Sullivan, J. P., Ross, Lupiano, Silverman and Bloom, JJ.